### FLORENCE HUGHES v. THE STATE.

No. 2951. Decided January 21, 1914.

**Keeping Disorderly House—Statement of Facts.**

In the absence of a statement of facts and bills of exception, the alleged
insufficiency of the evidence, and the refusal to give requested instructions, etc.,
can not be considered on appeal.

Appeal from the County Court of Wichita. Tried below before the
Hon. C. B. Felder.

Appeal from a conviction of keeping a disorderly house; penalty, a
fine of $200 and twenty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of keeping a dis-
orderly house.

There are no bills of exception with this record, nor does it contain a
statement of facts. The first and second grounds of the motion for
new trial are based on the alleged insufficiency of the evidence. The
third ground is based on the alleged refusal of the court to give requested
instruction No. 1, to the effect, if they had a reasonable doubt as to
whether Bob Martin was the tenant and lessee of the property in question
during the time alleged, to acquit defendant. In the absence of the
statement of facts we are unable to say whether this was applicable
to the case or not.

The judgment is affirmed.

*Affirmed.*